UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, WACO DIVISION

| | | |
|---|---|---|
| Paul Poniatowski, Plaintiff, | ) | |
| | ) | |
| v. | ) | 6:23-CV-00316-OLG |
| | ) | |
| APPLE Inc., Defendant. | ) | |

MOTION

To the Honourable Judge of the Court:

Plaintiff motions to this Court for an entry of default judgment against the Defendant.

After the May 2, 2023 lawsuit notice delivery, the Defendant exchanged numerous e-mails with Plaintiff on May 3, 5 and 8 to be exact (Exhibit A). With the said e-mail exchange, not only Mr. West and Apple Inc. were fully aware of the pending lawsuit but actually discussed the case with the Plaintiff through Webex video interface on May 5, 2023.

Notwithstanding, the defendant was served with summons via USPS registered mail on July 5, 2023. Tracking number: RR633698590PL (Exhibit B).

For those reasons, good cause exist to grant this Motion.

Respectfully submitted,

/s/ Paul Poniatowski

6 July, 2023